UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 04, 2015

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 14-14061-AA ; 14-14066 -AA
Case Style: James Brenner, et al v. John Armstrong, et al
District Court Docket No: 4:14-cv-00107-RH-CAS

Pursuant to the Court's direction, the appeals in case numbers 14-14061, 14-14066, 15-10295, and 15-10313 are held in abeyance pending the United States Supreme Court's issuance of an opinion in DeBoer v. Snyder, 772 F.3d 388 (6th Cir. 2014), cert. granted, — S. Ct. —, Nos. 14-556, 14-562, 14-571, 14-574, 2015 WL 213650 (Jan. 16, 2015).

Any other current or future appeals that are filed in this Court raising the same or similar issues as the appeals listed above will also be held in abeyance pending the Supreme Court's issuance of an opinion in DeBoer v. Snyder.

Within twenty-one (21) days of the date the Supreme Court issues its opinion in DeBoer v. Snyder, the parties are directed to notify this Court in writing what issues, if any, remain pending in these appeals.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: David L. Thomas, AA
Phone #: (404) 335-6169

LetterHead Only